# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 11-1108**　　　　　　　　　　　　　　**September Term, 2013**

EPA-76FR15608
EPA-78FR7138

**Filed On:** January 31, 2014

United States Sugar Corporation,

      Petitioner

    v.

Environmental Protection Agency,

      Respondent

------------------------------

National Environmental Development
Association's Clean Air Project, et al.,
      Intervenors

------------------------------

Consolidated with 11-1124, 11-1134, 11-1142,
11-1145, 11-1157, 11-1159, 11-1165,
11-1170, 11-1172, 11-1174, 11-1181,
13-1086, 13-1087, 13-1091, 13-1092,
13-1096, 13-1097, 13-1098, 13-1099,
13-1100, 13-1103

    **BEFORE:**　　Tatel and Brown, Circuit Judges

## O R D E R

Upon consideration of the joint motion to set briefing format and schedule, it is

**ORDERED** that the following briefing format and schedule shall apply:

| | |
|---|---|
| Industry Petitioners' Brief<br>(not to exceed 11,200 words) | March 28, 2014 |
| Environmental Petitioners' Brief<br>(not to exceed 11,200 words) | March 28, 2014 |

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 11-1108**                                                    **September Term, 2013**

| | |
|---|---|
| Petitioner Julander's Brief<br>(not to exceed 2,800 words) | March 28, 2014 |
| Respondent's Brief<br>(not to exceed 25,200 words) | June 26, 2014 |
| Industry Intervenor-Respondents' Brief<br>(not to exceed 7,000 words) | July 28, 2014 |
| Environmental Intervenor-Respondents' Brief<br>(not to exceed 7,000 words) | July 28, 2014 |
| Industry Petitioners' Reply Brief<br>(not to exceed 5,600 words) | August 11, 2014 |
| Environmental Petitioners' Reply Brief<br>(not to exceed 5,600 words) | August 11, 2014 |
| Petitioner Julander's Reply Brief<br>(not to exceed 1,400 words) | August 11, 2014 |
| Deferred Appendix | August 25, 2014 |
| Final Briefs | September 9, 2014 |

The parties will be notified by separate order of the oral argument date and composition of the merits panel.  The court reminds the parties that

> In cases involving direct review in this court of administrative actions, the brief of the appellant or petitioner must set forth the basis for the claim of standing. . . .  When the appellant's or petitioner's standing is not apparent from the administrative record, the brief must include arguments and evidence establishing the claim of standing.

See D.C. Cir. Rule 28(a)(7).

# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 11-1108**                                              **September Term, 2013**

      Parties are strongly encouraged to hand deliver the paper copies of their briefs to the Clerk's office on the date due.  Filing by mail may delay the processing of the brief.  Additionally, counsel are reminded that if filing by mail, they must use a class of mail that is at least as expeditious as first-class mail.  <u>See</u> Fed. R. App. P. 25(a).  All briefs and appendices must contain the date that the case is scheduled for oral argument at the top of the cover.  <u>See</u> D.C. Cir. Rule 28(a)(8).

<b><u>Per Curiam</u></b>